Opinion issued April 10, 2003 










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00870-CR

____________


MARVIN LOUIS GRIFFIN, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 230th District Court

Harris County, Texas

Trial Court Cause No. 889784






MEMORANDUM OPINION

 Appellant filed a motion to dismiss the appeal. The motion is in writing,
signed by appellant. We have not yet issued a decision. Accordingly, the appeal is
dismissed. Tex. R. App. P. 42.2(a).

 The clerk of this Court is directed to issue the mandate immediately. Tex. R.
App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Nuchia and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).